IN THE COURT OF APPEALS OF THE NAVAJO NATION

WINDOW ROCK, NAVAJO NATION (ARIZONA)

In The Matter Of Grazing Permit: )
 Grazing Permit No. 18-1092 )
 Permitting 20 sheep unit & )
 brand (none) issued to )
 Sam Catron, Jr., C#43,483 )
                      )
       ***** )
                      )
Edward Nelson Catron, C#50,393 )
                      )
       Plaintiff-Appellee, )
                      )
       vs. )
                      )
Nesbah Catron Yazzie, C#50,399 )
                      )
       Defendant-Appellant. )
                      )

No.: A-CV-14-78

ORDER   DISMISSING   APPEAL

The appeal in the above-entitled matter, filed the 3rd day of May, 1978, having been received and considered by the Chief Justice pursuant to 7 N.T.C. 451, the Court finds:

1.    The appellant failed to comply with Rule 5(d), Rules of Appellate Procedure which states that no appeal shall be heard unless the appellant has filed a Motion for Reconsideration with the District Court.

2.    The filing of a Motion for Reconsideration subsequent to the appeal is not compliance with Rule 5(d).

Therefore, the appeal in the above-entitled matter is DIS-

MISSED.

The Stay of Execution, issued the 3rd day of May, 1978, is hereby VACATED.

Dated this 14th day of July, 1978.

Marie F. Neswood

Acting Chief Justice Of The Navajo Nation